**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **vs.** | ) | **CRIMINAL ACTION 1:22-00247-KD-B** |
| | ) | |
| **BYRON MARCUS LA'JUAN JACKSON** | ) | |
| **aka BYRON TEMARCUS JACKSON,** | ) | |
|     **Defendant.** | ) | |

**ACCEPTANCE OF GUILTY PLEA**
**AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 25) and without any objection having been filed by the parties, Defendant Jackson's plea of guilty to **COUNT ONE** of the Indictment (charging a violation of Title 18, United States Code, Section 922(g)(1) (Felon in Possession of a Firearm)), is now accepted, and the Defendant is adjudged guilty of such offense.

The sentencing hearing is scheduled for **June 16, 2023** at **9:00 a.m.,** in Courtroom 4B of the United States Courthouse, 155 Saint Joseph St., Mobile, Alabama, 36602.

**DONE** and **ORDERED** this the **3rd** day of **April 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**